JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH C. MOORE, | ) Case No. CV 19-7771-MCS (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| W.M. POLLARD, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 19, 2022

MARK C. SCARSI
U.S. DISTRICT JUDGE